UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 10383
   CATRINA N STUBBS
   EDDIE STUBBS                                      CHAPTER 13

                                      JUDGE: SUSAN PIERSON SONDERBY
        Debtor
  SSN XXX-XX-4648    SSN XXX-XX-0673

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/23/2006 and was confirmed 10/19/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/16/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERGREEN FINANCE | SECURED VEHIC | 6800.00 | 375.82 | 1196.73 |
| EVERGREEN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CHILD SUPPORT ENFORCEMEN | PRIORITY | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BEDFORD FAIR APPAREL | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| BP/CITI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 991.68 | .00 | .00 |
| B-LINE LLC | UNSECURED | 2358.04 | .00 | 22.38 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| F & W LIC | UNSECURED | NOT FILED | .00 | .00 |
| FCNB/MASTERTRUST | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | 346.03 | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | 266.11 | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| MAPLE STREET MERCHANTS | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 597.01 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS UNIVER | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| OUR WEEKENDS | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED               .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED               .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED               .00              .00
PRESIDIO/CM              UNSECURED       NOT FILED               .00              .00
PROFESIONAL CREDIT SERVI UNSECURED       NOT FILED               .00              .00
SEVENTH AVENUE           UNSECURED         706.41               .00              .00
SHELL/CITI               UNSECURED       NOT FILED               .00              .00
SHORE BANK               UNSECURED       NOT FILED               .00              .00
SHORE BANK               UNSECURED       NOT FILED               .00              .00
SOCIAL SECURITY          UNSECURED       NOT FILED               .00              .00
STATEWIDE CREDIT ASSN    UNSECURED       NOT FILED               .00              .00
STATEWIDE CREDIT ASSN    UNSECURED       NOT FILED               .00              .00
NATIONAL PAYMENT CENTER  UNSECURED         1029.29              .00              .00
ECMC                     UNSECURED         2397.88              .00            22.76
RESURGENCE FINANCIAL LLC UNSECURED         6927.85              .00            65.75
PIERCE & ASSOCIATES      NOTICE ONLY   NOT FILED               .00              .00
CREDITORS BANKRUPTCY SER UNSECURED          554.51              .00              .00
*MACEY & ALEMAN          DEBTOR ATTY    2,000.00                        2,000.00
TOM VAUGHN               TRUSTEE                                          226.56
DEBTOR REFUND            REFUND                                              .00
```

           Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------

TRUSTEE                   3,910.00


PRIORITY                                              .00
SECURED                                          1,196.73
     INTEREST                                      375.82
UNSECURED                                          110.89
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               226.56
DEBTOR REFUND                                         .00
                      ---------------     ---------------
TOTALS                    3,910.00               3,910.00


     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                         /s/ Tom Vaughn
   Dated: 12/05/07        _____

                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE



                        PAGE  2
        CASE NO. 06 B 10383 CATRINA N STUBBS & EDDIE STUBBS